Fill in this information to identify the case:

Debtor name: **Tusk Subsea Services, LLC**
United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA
Case number (if known): 16-51084

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4k Properties, LLC<br>PO Box 14238<br>New Iberia, LA 70562 | | | | | | $93,000.00 |
| Acme Truck Line Inc<br>MSC-410683<br>P.O. Box 415000<br>Nashville, TN 37241-5000 | | | | | | $24,029.10 |
| Aqua Tech Services<br>900 Kaliste Saloom Road<br>Lafayette, LA 70508 | | | | | | $13,364.38 |
| BCBS of LA - Group Payments<br>Group Payments<br>PO Box 650007<br>Dallas, TX 75265-0007 | | | | | | $14,714.63 |
| Coda Octopus Products Inc.<br>4020 Kidron Road Suite 4<br>Lakeland, FL 33811 | | | | | | $34,500.00 |
| H&E Equipment Services<br>P.O. Box 849850<br>Dallas, TX 75284-9850 | | | | | | $21,260.66 |
| International Construction Equipment Inc<br>PO Box 402494<br>Atlanta, GA 30384-2494 | | | | | | $3,992.38 |

| Debtor | Tusk Subsea Services, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Javeler Marine Services LLC<br>P. O. Box 13370<br>New Iberia, LA 70562 | | | | | | $4,156.80 |
| Lott Oil Company, Inc.<br>P.O. Box 17<br>Natchitoches, LA 71458-0017 | | | | | | $27,158.94 |
| Morgan City Rentals<br>125 McCarty Drive Bldg.1<br>Houston, TX 77029 | | | | | | $78,822.03 |
| National Oilwell Varco, LP<br>PO Box 202631<br>Dallas, TX 75320 | | | | | | $23,504.75 |
| Offshore Rentals, LTD. DBA<br>Tiger Offshore Rentals<br>PO Box 790<br>Beaumont, TX 77704-0790 | | | | | | $17,870.00 |
| Poseidon Barge Corp.<br>3101 New Haven Avenue<br>Fort Wayne, IN 46803 | | | | | | $26,254.40 |
| Scott Equipment Company, LLC<br>PO Box 340<br>Broussard, LA 70518 | | | | | | $11,755.23 |
| Teche Armature Works, Inc.<br>P.O. Box 9712<br>New Iberia, LA 70562 | | | | | | $4,903.73 |
| Timothy M. Spisak<br>409 Harbor Road<br>Youngsville, LA 70592 | | | | | | $8,666.64 |
| United Rentals (North America)<br>PO Box 840514<br>Dallas, TX 75284-0514 | | | | | | $34,890.28 |

| Debtor | Tusk Subsea Services, LLC | | Case number *(if known)* | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wide Range Logistics LLC<br>P.O. Box 857<br>Loreauville, LA 70552** | | | | | | **$4,797.50** |
| **Yak Mat, LLC<br>P.O. Box 95434<br>Grapevine, TX 76099-9734** | | | | | | **$4,955.37** |